TRINETTE G. KENT (State Bar No. 025180)
KENT LAW OFFICES
10645 North Tatum Blvd., Suite 200-192
Phoenix, AZ 85028
Telephone: (480) 247-9644
Facsimile: (480) 717-4781
E-mail: tkent@kentlawpc.com

Of Counsel to:
Michigan Consumer Credit Lawyers
22142 West Nine Mile Road
Southfield, MI 48033
Telephone: (248) 353-2882
Facsimile: (248) 353-4840

*Attorneys for Plaintiff,*
*Thomas McLaughlin*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Thomas McLaughlin, | Case No.: |
| Plaintiff, | |
| vs. | **COMPLAINT** |
| Portfolio Recovery Associates, L.L.C. a Delaware limited liability company, | **JURY TRIAL DEMAND** |
| Defendant. | |

1

NOW COMES THE PLAINTIFF, THOMAS MCLAUGHLIN, BY AND THROUGH COUNSEL, TRINETTE G. KENT, and for his Complaint against the Defendant, pleads as follows:

## JURISDICTION

1. This court has jurisdiction under the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §1692k(d) and 28 U.S.C. §§1331,1337.

## VENUE

1. The transactions and occurrences which give rise to this action occurred in the City of Scottsdale, Maricopa County, Arizona.

2. Venue is proper in the District of Arizona, Phoenix Division.

## PARTIES

3. The Defendant to this lawsuit is Portfolio Recovery Associates, L.L.C which is a Delaware limited liability company that maintains its registered agent in the City of Phoenix, in Maricopa County, Arizona.

## GENERAL ALLEGATIONS

4. Defendant is attempting to collect a consumer type debt allegedly owed by Plaintiff to GE Capital Retail Bank in the amount of $356.00 with account number 601918300790 ("The Debt").

5. On or about November 9, 2015, Mr. McLaughlin obtained his credit files and noticed that Defendant reported the alleged Debt.

6. On or about December 3, 2015, Mr. McLaughlin submitted a letter to Defendant disputing the alleged Debt.

7. On or about February 16, 2016, Mr. McLaughlin obtained his Experian and Equifax credit files and noticed that Defendant failed to flag the alleged Debt as disputed, in violation of the FDCPA.

## COUNT I-VIOLATION OF
## THE FAIR DEBT COLLECTION PRACTICES ACT

8. Plaintiff reincorporates the preceding allegations by reference.

9. At all relevant times, Defendant, in the ordinary course of its business, regularly engaged in the practice of collecting debts on behalf of other individuals or entities.

10. Plaintiff is a "consumer" for purposes of the FDCPA, and the account at issue in this case is a consumer debt.

11. Defendant is a "debt collector" under the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §1692a(6).

12. Defendant's foregoing acts in attempting to collect this alleged debt violated the following provisions of the FDCPA:

a. 15 U.S.C. §1692e(8) by communicating or threatening to communicate to any person credit information which is known or which should be known to be false, including the failure to communicate that a dispute debt is disputed. Defendant did this when it failed to flag the Debt as disputed on Mr. McLaughlin's Experian and Equifax credit files after having received his letter disputing the alleged Debt.

13. The Plaintiff has suffered economic, emotional, general, and statutory damages as a result of these violations of the FDCPA.

**WHEREFORE, PLAINTIFF PRAYS** that this court grant him a judgment against Defendant for actual damages, costs, interest, and attorneys' fees.

## DEMAND FOR JUDGMENT RELIEF

Accordingly, Plaintiff requests that the Court grant him the following relief against the Defendant:

a. Actual damages;

b. Statutory damages; and

c. Statutory costs and attorneys' fees.

## JURY DEMAND

Plaintiffs hereby demand a trial by Jury.

| | | |
|---|---|---|
| **1** | DATED: April 13, 2016 | KENT LAW OFFICES |
| **2** | | |

By: */s/  Trinette G. Kent*
Trinette G. Kent
Attorneys for Plaintiff,
Thomas McLaughlin