TRINETTE G. KENT (State Bar No. 025180)
KENT LAW OFFICES
10645 North Tatum Blvd., Suite 200-192
Phoenix, AZ 85028
Telephone: (480) 247-9644
Facsimile: (480) 717-4781
E-mail: tkent@kentlawpc.com

Of Counsel to:
Michigan Consumer Credit Lawyers
22142 West Nine Mile Road
Southfield, MI 48033
Telephone: (248) 353-2882
Facsimile: (248) 353-4840

*Attorneys for Plaintiff,*
*Thomas McLaughlin*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Thomas McLaughlin, | Case No.: 2:16-cv-01029-DKD |
| Plaintiff, | |
| vs. | **NOTICE OF SETTLEMENT** |
| Portfolio Recovery Associates, L.L.C. a Delaware limited liability company, | |
| Defendant. | |

NOTICE IS HEREBY GIVEN that Plaintiff and Defendant, Portfolio Recovery Associates, LLC, in the above-captioned case have reached a settlement.  The parties anticipate filing a Stipulation of Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a) within 60 days.

1

RESPECTFULLY SUBMITTED this 23rd day of May, 2016.

                                        KENT LAW OFFICES


                                        By: */s/ Trinette G. Kent*
                                            Trinette G. Kent
                                            Attorney for Plaintiff,
                                            Thomas McLaughlin

Case 2:16-cv-01029-DKD   Document 7   Filed 05/23/16   Page 3 of 3